IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK W. WINNE & SON, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK HUTTON | : | NO. 05-6723 |

**O R D E R**

**AND NOW,** this 24th day of May, 2006, it is hereby **ORDERED** that this case is referred to Magistrate Judge Jacob P. Hart for the purpose of conducting a settlement conference.

BY THE COURT:

_____
**Berle M. Schiller, J.**